Edward J. Maney, Esq. #012256
CHAPTER 13 TRUSTEE
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| LUNDY VERDONI, JR | Case No. 2:20-11231-MCW |
| FAVIOLA VERDONI | **CERTIFICATE OF SERVICE AND NO OBJECTION** |
| Debtor(s) | **DKT:** 28   **DATE:** 03/30/21 |

Edward J. Maney, Chapter 13 Trustee (hereinafter the "Trustee"), hereby certifies that no objections to the Trustee's Objection to Proof of Claim which was mailed on 03/30/21, to Ashley Funding Services LLC, Debtors', and Debtors' Attorney, have been received as of May 27, 2021.

Dated: See Electronic Signature

EDWARD J. MANEY
CHAPTER 13 TRUSTEE

_____
Edward J. Maney, Esq. #012256
CHAPTER 13 TRUSTEE
101 North First Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com