1
2
3
4                   IN THE UNITED STATES BANKRUPTCY COURT
5                        FOR THE DISTRICT OF ARIZONA

6    In Re:                              | In Proceedings Under Chapter 13

7    LUNDY VERDONI, JR                   | Case No. 2:20-11231-MCW
8
     FAVIOLA VERDONI                     | ORDER ON TRUSTEE'S OBJECTION
9                                        | TO CLAIM NO: 017
10                Debtor(s)              | DKT #28   DATE: 03/30/21

11           Edward J. Maney, the Trustee of the above-captioned estate, having objected to

12   the referenced claim; and after due notice by mail to the claimant, and the claimant having

13   failed to respond, or after a hearing on the claimant's response, and good cause appearing:

14   IT IS ORDERED THAT:
15
16           The Trustee's objection is sustained and the following claim is disallowed:

17           No:        017
             Name:      Ashley Funding Services LLC
18           Address:   Resurgent Capital Service
19                      P.O. Box 10587
                        Greenville,SC 29603-0587
20           Acct No:   0290
21
22

23
                            **ORDER SIGNED AND DATED ABOVE**
24

25
26
27
28