SO ORDERED.

Dated: May 27, 2021



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| LUNDY VERDONI, JR | Case No. 2:20-11231-MCW |
| FAVIOLA VERDONI | ORDER ON TRUSTEE'S OBJECTION TO CLAIM NO: 017 |
| Debtor(s) | DKT #28   DATE: 03/30/21 |

Edward J. Maney, the Trustee of the above-captioned estate, having objected to the referenced claim; and after due notice by mail to the claimant, and the claimant having failed to respond, or after a hearing on the claimant's response, and good cause appearing:

IT IS ORDERED THAT:

The Trustee's objection is sustained and the following claim is disallowed:

```
No:        017
Name:      Ashley Funding Services LLC
Address:   Resurgent Capital Service
           P.O. Box 10587
           Greenville, SC 29603-0587
Acct No:   0290
```

**ORDER SIGNED AND DATED ABOVE**